UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Case No. 6:19-cv-00991-NAM-ML
Plaintiff, :
:
vs. :
:
JOHN DOE subscriber assigned IP address :
74.79.251.26, :
:
Defendant. :
---------------------------------------------------------------X

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until February 4, 2020, to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 6th day of January, 2020

By: _____
Miroslav Lovric
U.S. Magistrate Judge

1